## MARION M. MARTIN *v.* RAYMOND C. MARTIN
### (11422)

LAVERY, LANDAU and SCHALLER, Js.

Argued April 2—decision released April 27, 1993

*James M. S. Ullman,* for the appellant (defendant).

*Daniel B. Ryan,* with whom, on the brief, were *Helen F. Ryan* and *Sean E. Sweeney,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## MICHELLE TORTORA ET AL. *v.* JEAN-YVES WOOD ET AL.
### (11121)

DALY, O'CONNELL and FREEDMAN, Js.

Argued April 2—decision released April 27, 1993

*Steven A. Ouelette,* with whom, on the brief, was *Thomas M. Murtha,* for the appellants (defendants).

*Maureen E. Norris,* with whom, on the brief, was *Robert S. Kolesnik,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.